**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| E-WATCH, INC. AND<br>E-WATCH CORPORATION,<br><br>    Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br><br>    Defendant. | CIVIL ACTION NO. 2:13-cv-1061<br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF APPEARANCE OF CLAIRE ABERNATHY HENRY**

COME NOW Plaintiffs, e-Watch, Inc. and e-Watch Corporation, and hereby notify the Court and all parties of record that, in addition to the attorneys already representing them, Claire Abernathy Henry, State Bar Number 24053063, of the Ward & Smith Law Firm, 1127 Judson Rd., Suite 220, Longview, Texas, 75606-1231, (903) 757-6400, will be appearing as an attorney of record on their behalf in the above-styled and numbered cause.

                        Respectfully submitted,

                        /s/ Claire Abernathy Henry
                        Claire Abernathy Henry
                        State Bar No. 24053063

                        WARD & SMITH LAW FIRM
                        1127 Judson Rd., Suite 220
                        Longview, Texas 75601
                        (903) 757-6400 (telephone)
                        (903) 757-2323 (facsimile)
                        E-mail: claire@wsfirm.com

                        **ATTORNEY FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  Therefore, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email on this the 13th day of December, 2013.

/s/ Claire Abernathy Henry
Claire Abernathy Henry