IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| e-Watch, Inc. and e-Watch Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>Apple, Inc.,<br><br>    Defendant. | Civil Action No. 2:13-cv-1061-JRG-RSP |

### ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINES

CAME TO BE CONSIDERED Defendant Apple Inc.'s ("Apple") Unopposed Motion to Extend Deadlines. After consideration, the Court finds that the motion should be GRANTED.

It is therefore ORDERED that the following deadlines are in effect with respect to the Plaintiff and Defendant Apple:

| | |
|---|---|
| May 9, 2014 | *File Proposed Protective Order and Comply with Paragraphs 1 & 3 of the Discovery Order (Initial and Additional Disclosures) |
| May 2, 2014 | *File Proposed Docket Control Order, Proposed Discovery Order, and Notice of Mediator<br><br>The Proposed Docket Control Order and the Proposed Discovery Order shall be filed as separate motions with the caption indicating whether or not the proposed order is opposed in any part. |
| April 25, 2014 | Join Additional Parties |

**SIGNED this 21st day of April, 2014.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE