IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| E-WATCH INC., et al. | § | |
| | § | Civil Action No. 2:13-CV-1061-JRG-RSP |
| Plaintiff, | § | |
| | § | (LEAD CASE) |
| | § | |
| v. | § | |
| | § | |
| | § | |
| APPLE, INC., et al., | § | |
| SAMSUNG ELECTRONICS CO., LTD., et al. | § | 2:13-CV-1062-JRG-RSP |
| HTC CORP., et al. | § | 2:13-CV-1063-JRG-RSP |
| LG ELECTRONICS INC. | § | 2:13-CV-1064-JRG-RSP |
| ZTE CORP., et al. | § | 2:13-CV-1071-JRG-RSP |
| SONY CORP., et al. | § | 2:13-CV-1073-JRG-RSP |
| SHARP CORP., et al. | § | 2:13-CV-1074-JRG-RSP |
| NOKIA CORP., and NOKIA INC. | § | 2:13-CV-1075-JRG-RSP |
| HUAWEI TECHNOLOGIES CO., LTD, et al. | § | 2:13-CV-1076-JRG-RSP |
| KYOCERA COMMUNICATIONS, INC., et al., | § | 2:13-CV-1077-JRG-RSP |
| BLACKBERRY CORP., et al. | § | 2:13-CV-1078-JRG-RSP |
| Defendants. | § | |

**ORDER GRANTING UNOPPOSED MOTION TO SUBSTITUTE
MICROSOFT MOBILE OY FOR DEFENDANT NOKIA CORPORATION**

Before the Court is Defendant Nokia Corporation's Unopposed Motion to Substitute Microsoft Mobile Oy for Defendant Nokia Corporation. After a review of the subject motion, and noting that said motion is unopposed, the Court finds that the motion should be GRANTED.

Accordingly, it is hereby ORDERED that Microsoft Mobile Oy is substituted for Nokia Corporation.

**SIGNED this 9th day of June, 2014.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE